## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00357-RPM-MJW

THOMAS E. PEREZ, SECRETARY OF LABOR, UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

POSEIDON DINING LLC d/b/a TAVERNA GREEK GRILL;
RYAN FIELD, individually; and
RYAN REZINAS, individually,

    Defendants.

---

### ORDER GRANTING DEFENDANTS POSEIDON DINING LLC d/b/a TAVERNA GREEK GRILL AND RYAN FIELD'S <u>UNOPPOSED</u> MOTION FOR JURY TRIAL PURSUANT TO RULE 39(b)

---

This matter, having come before the Court on Defendants Poseidon Dining LLC d/b/a Taverna Greek Grill and Ryan Field's <u>Unopposed</u> Motion for Jury Trial Pursuant to Rule 39(b) (the "Motion"), and the Court, having reviewed the file and otherwise being duly advised in the premises, hereby

GRANTS the Motion.  This trial shall be conducted in front of a jury.

DATED:  July 24th 2014.

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior District Judge