IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-00357-RPM

THOMAS E. PEREZ, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

      Plaintiff,
v.

POSEIDON DINING LLC, d/b/a TAVERNA GREET GRILL, and
RYAN FIELD and
RYAN REZINAS,

      Defendants.

_____

ORDER SETTING FURTHER SCHEDULING CONFERENCE
_____

The Court having determined that this case should be set for a further scheduling conference, it is

ORDERED that a further scheduling conference will be held on **October 14, 2014, at 2:30 p.m.** in the Conference Room, Second Floor, the Byron White United States Courthouse, 1823 Stout Street, Denver, Colorado.  Counsel are directed to comply with the Instructions for Preparation of Scheduling Order which may be found at http://www.cod.uscourts.gov/CourtOperations/RulesProcedures/JudicialPracticeStandards/SeniorArticleIII Judges/HonRichardPMatsch.aspx (Senior Judge Richard P. Matsch Procedures) and use the format provided with those instructions (Rev. 10/2013).  The proposed order (original only) on paper, shall be submitted directly to chambers by **4:00 p.m. on October 9, 2014.**  The

conference is conducted with <u>lead</u> <u>counsel</u> <u>present</u> <u>in</u> <u>person</u>.  No parties or representatives of parties will be permitted to attend.

    DATED:   September 9th, 2014

                                       BY THE COURT:

                                       s/Richard P. Matsch

                                       _____
                                       Richard P. Matsch, Senior Judge