IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-00357-RPM

THOMAS E. PEREZ, SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

    Plaintiff,

v.

POSEIDON DINING LLC, d/b/a TAVERNA GREEK GRILL, and
RYAN FIELD,

    Defendants.
_____

ORDER DENYING MOTION FOR ENTRY OF CONSENT JUDGMENT AND INJUNCTION
_____

On March 6, 2015, the plaintiff filed a motion for entry of consent judgment and and injunction with respect to defendants Poseidon Dining LLC d/b/a Taverna Greek Grill and Ryan Field individually.  Those defendants have been represented by counsel and neither the motion for entry of consent judgement nor the proposed consent judgment and injunction have been signed by counsel for the defendants. Accordingly, it is not known to the Court whether Mr. Field has been fully informed with respect to the effects of the consent judgment and order, and the corporate defendant is shown only to be represented by Ryan Field as "owner."  It is, accordingly,

    ORDERED that the motion is denied.

    DATED:  March 9th, 2015

                                     BY THE COURT:

                                     s/Richard P. Matsch
                                     _____
                                     Richard P. Matsch, Senior Judge