**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date:                April 22, 2015
Courtroom Deputy:    Emily Buchanan
FTR Technician:      Amanda Montoya

---

Civil Action No. 14-cv-00357-RPM-MJW        Counsel:

THOMAS E. PEREZ, Secretary of Labor,        Lydia Tzagoloff
United States Department of Labor,

    Plaintiff,

v.

POSEIDON DINING LLC, doing business as      Michelle Muhleisen
Taverna Greek Grill,
RYAN FIELD, individually, and
RYAN REZINAS, individually,

    Defendants.

---

## COURTROOM MINUTES

**MOTION HEARING**

**2:16 p.m.    Court in session.**

Also present: Defendant Ryan Field and Charles Frasier of the Wage Hour Division of the Department of Labor.

Discussion regarding Motion for Entry of Consent Judgment and Injunction with Respect to Defendants Poseidon Dining LLC d/b/a Taverna Greek Grill, and Ryan Field, Individually.

Discussion regarding Taverna Greek Grill going out of business, members of the LLC and their liability under this agreement, the amounts to be paid in the installment provision, a separate settlement filed with administrative law judges, locating the individuals named in Exhibit A to the consent judgment and when Plaintiff will make distribution to them, FICA payments not being covered, the Debt Collection Improvement Act, where Mr. Field sends the installment payments and that the payments include interest, whether Plaintiff will enforce the consent judgment by contempt, and closing the case with this consent judgment.

Statement by Mr. Field regarding members of the LLC.  Mr. Field confirms that the other members of the LLC have been informed of the consent judgment.

Court asks questions of Mr. Field to ensure he is aware of the obligations of a consent judgment and injunction.  Mr. Field confirms he desires the Court to sign the consent judgment and injunction.

**ORDERED:**   Motion for Entry of Consent Judgment and Injunction with Respect to Defendants Poseidon Dining LLC d/b/a Taverna Greek Grill, and Ryan Field, Individually (Doc. No. 33) is **GRANTED**.  Counsel shall amend the installment dates and dates relating to compliance auditing within the consent judgment and deliver an amended copy of the document to chambers on **April 23, 2015**.

**2:38 p.m.**      **Court in recess.**

Hearing concluded.  Total time:   22 min.